No. 91–608. N. W. ENTERPRISES, INC. *v.* TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 91–609. F. & J. M. CARRERA, INC., ET AL. *v.* PINEIRO CRESPO ET AL. Sup. Ct. P. R. Certiorari denied.

No. 91–612. WOODARD *v.* VERMONT ET AL. Sup. Ct. Vt. Certiorari denied.

No. 91–621. PLANTE *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 91–628. LERMAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 91–638. SANTOS *v.* RODRIGUEZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–648. GALE *v.* HOME SAVINGS OF AMERICA F. A., AS SUCCESSOR IN INTEREST TO HYDE PARK FEDERAL SAVINGS & LOAN ASSOCIATION OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 91–651. VORSHECK ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 91–653. ZIMMERMAN *v.* H. E. BUTT GROCERY CO. C. A. 5th Cir. Certiorari denied.

No. 91–658. GLENN *v.* TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 91–662. ZEBERT *v.* BOARD OF BAR ADMISSIONS OF THE STATE OF MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 91–703. GUSTO RECORDS, INC., ET AL. *v.* THOMAS ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–705. DEBERRY *v.* WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 91–709. LOWRANCE *v.* HACKER. C. A. 7th Cir. Certiorari denied.